IN THE UNITED STATES DISTRICT COURT
For The Middle District of Alabama
Northern Division

RECEIVED

Honorable Chief Magistrate Charles S. Coody,

Comes Now Plaintiff Dwone Harrison in response to **ordered** in which it was ordered to show cause why this case [2:07-CV-301-ID] should **Not** be dismissed for failure to pay the initial partial filing fee in compliance with the order entered on April 12, 2007.

Chief Magistrate Judge,
Plaintiff has complied with Authorization which was ordered by the Courts to withdraw funds from his prison account for payment of the initial partial filing fee and the 20% deduction for $350.00. Plaintiff's account has No funds Available at this moment to transfer initial partial filing fee and the 20% deduction. Plaintiff funds will be transferred immediately to the Courts when received on the account. Plaintiff receives no pay for his job assignment by the Dept. of Correction. Plaintiff do wish to continue with this cause of action against the defendant.

Plaintiff do not wish or advise the Court to dismiss. Plaintiff is unable to comply at this time with the order directing payment of an initial partial filing Fee set for May 18, 2007. I have included a document in which plaintiff did authorize removal of funds to the Court.

Done, this 12th day of May 2007.

Respectfully,
Dwone Harrison

(1)

Questions for the Chief Magistrate Judge:

Do Plaintiff have to keep requesting the courts for extensions on paying initial partial filing fee when Plaintiff has been already granted forma pauperis

(2)

# NOTICE OF INTENT TO WITHHOLD
## COURT ORDERED WITHHOLDING FROM PMOD FUNDS

TO: _DWONE C. HARRISON, #193689_
Inmate Name and AIS Number

FROM: _VALERIA SPATES, PMOD CLERK_
~~Business Manager~~

SUBJECT: Court Ordered Withholding

This is to advise you that an Order from _U.S. MIDDLE DISTRICT_ Court, case number _2:07-CV-301-ID_ has been received directing the Alabama Department of Corrections to withhold $_350.00_ from your PMOD account. A copy of the Order is attached to this notice.

~~You are entitled to a Fair Hearing prior to assessment of these charges. Your PMOD account has been frozen pending the outcome of this hearing. The hearing is scheduled for the date of _____ at _____ (a.m.) (p.m.) in my office or other convenient place to be determined. At that time, you may produce any evidence you have to show why compliance with the Order should not be had.~~ In the alternative, you may waive this hearing by completing the attached Fair Hearing Waiver, **ADOC Form 112-B**.

Received: _____

Date: _____

Distribution: Original to Business Office
   Copy to inmate

_THIS IS A NOTICE. A HEARING IS NOT NECESSARY._

ADOC Form 112-A

AR112 – July 26, 2004

Dwane Harrison #193689 / D-Dorm
9800 Fountain
Atmore, Al 36503

**LEGAL** 36101+0711



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41⁰
02 1A
0004309410
MAY 14 2007
MAILED FROM ZIP CODE 36502