IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWONE C. HARRISON, # 193 689, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:07cv301-ID |
| ) | (WO) |
| RICHARD ALLEN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed June 11, 2007 (Doc. No. 6), and Plaintiff's Objection, filed June 25, 2007 (Doc. No. 7), and having independently reviewed the file in this case, it is ORDERED as follows:

1. Plaintiff's Objection be and the same is hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

3. this case be and the same is hereby DISMISSED without prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i-ii).

DONE this 3rd day of July, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE